UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                  )<br>      v.                          )<br>                                  )<br>(1) CHELBE WILLAMS MORAES,    )<br>(2) JESSE JAMES MORAES,          )<br>(3) HUGO GIOVANNI MORAES, and )<br>(4) MARCOS CHACON GIL,           )<br>a/k/a "MARQUITO,"                    )<br>          Defendants        ) | Criminal No. 1:21-CR-10175-ADB |

## **UNITED STATES' MOTION TO VACATE RESTRAINING ORDER**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully requests that this Court vacate the Restraining Order, which was issued by this Court November 4, 2022 (*see* Docket No. 60), against the following property:

    a.    The real property located at 414 Main Street, Woburn, Massachusetts, including all buildings, appurtenances, and improvements thereon, more fully described in a Quitclaim Deed recorded with the Middlesex South Registry of Deeds on October 1, 2021, in Book 78830, Page 0014; and

    b.    The real property located at 434 Main Street, Woburn, Massachusetts, including all buildings, appurtenances, and improvements thereon, more fully described in a Quitclaim Deed recorded with the Middlesex South Registry of Deeds on March 5, 2015, in Book 65009, Page 214

(collectively, the "Real Properties").

The Restraining Order further restrained the Defendants, their agents, servants, employees, attorneys, family members, companies owned by the Defendants and their agents, all other persons in active concert or participation with the Defendants, and those persons, financial institutions, or other entities who have any possession, interest or control over the Real Properties subject to the

Order, shall not, without prior approval of the Court, upon notice to the United States and an opportunity for the United States to be heard, from:

a) alienating, dissipating, transfer, sell, assign, lease, pledge, encumber, hypothecate, spend, dispose of, or remove equipment from the Real Properties, in any manner, directly or indirectly, or complete any action that would affect or diminish the marketability of the Real Properties;

b) cause the Real Properties to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

c) take, or cause to be taken, any action which could have the effect of concealing the Real Properties, removing the Real Properties from the jurisdiction of this Court, or damaging, depreciating, or diminishing the value of, the Real Properties.

The Restraining Order for the Real Properties was recorded with the Middlesex South District Registry of Deeds at Book 80916, Page 592, on November 4, 2022.

As grounds for this motion, the United States submits that in connection with the sentencing of the defendants, it did not seek criminal judicial forfeiture of these Real Properties. Therefore, restraint of the Real Properties is no longer necessary.

WHEREFORE, the United States respectfully requests that this Court endorse an Order Vacating Restraining Order, and the proposed Order is submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Carol E. Head
JAMES D. HERBERT
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Carol.Head@usdoj.gov

Dated: May 5, 2025